IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| KELLY DONHAM and VOTH OIL COMPANY, INC., individually and on behalf of all others similarly situated, | ] |
| Plaintiffs, | ] Case No.: 04-1514L<br>] Judge Lawrence M. Baskir |
| v. | ] |
| THE UNITED STATES OF AMERICA, | ] |
| Defendant. | ] |

JOINT STATUS REPORT

Plaintiffs, Kelly Donham and Voth Oil Company, *et al.*, and Defendant, the United States of America, by and through their respective counsel, submit this Joint Status Report pursuant to the Court's Order of 12 June 2006, staying the case until 12 July 2006 and requiring a Joint Status Report by 14 July 2006.

The parties have made substantial progress in the past ninety (90) days to resolve informally as many disputes as possible concerning the eligibility of potential class. There appear to be only two or three disputes remaining. Accordingly, the parties respectfully ask the Court for an additional thirty (30) days to complete this informal process. They propose to file a Joint Status Report on 14 August 2006, in which they will identify any remaining disputes concerning class member eligibility and suggest a schedule for further proceedings.

Counsel for the parties jointly prepared this motion. Defendant's counsel has authorized Plaintiffs' counsel to file this motion on behalf of both parties.

HUTTON
& HUTTON
Law Firm, L.L.C.

Tallgrass Exec. Park
8100 E. 22nd St. N.
Building 1200
Wichita, Kansas
67226-2312

Mailing Address:
P.O. Box 638
Wichita, Kansas
67201-0638

316.688.1166
316.686.1077 (*fax*)
www.huttonlaw.com

Dated: 13 July 2006

Respectfully submitted,

s/ Deborah B. McIlhenny

Deborah B. McIlhenny, Esq., KS #18721
Admitted COFC 10.01.2003
Mark B. Hutton, Esq., KS #10112
Admitted COFC 10.17.1990
HUTTON & HUTTON LAW FIRM, LLC
P.O.B. 638
8100 E. 22nd St. North, Building 1200
Wichita, KS 67201-0638
316.688.1166 (telephone)
316.686.1077 (fax)
Debs.McIlhenny@huttonlaw.com

*with*

Larry D. Toomey, Esq., KS #11959
Terry C. Pilgreen, Esq., KS # 09306
TOOMEY PILGREEN, LLC
O'Rourke Title Building, Second Floor
229 E. William
Wichita, KS 67202
316.264.3700 (telephone)
316.264.3898 (fax)

## CERTIFICATE OF SERVICE

I certify that on 13 July 2006 I presented the foregoing JOINT STATUS REPORT to the Clerk of the Court for filing and uploading to the CM/ECF system that will send a Notice of Electronic Filing to the following counsel, and further, that on 13 July 2006 I sent a courtesy copy of the same via email to:

Ms. HelenAnne Listerman
Department of Justice
Environment and Natural Resources Division
P.O.B. 663
Ben Franklin Station
Washington, DC 20044-0663
202.305.0239 (telephone)
HelenAnne.Listerman@usdoj.gov

s/ Deborah B. McIlhenny, Esq.

HUTTON
& HUTTON
Law Firm, L.L.C.

Tallgrass Exec. Park
8100 E. 22nd St. N.
Building 1200
Wichita, Kansas
67226-2312

Mailing Address:
P.O. Box 638
Wichita, Kansas
67201-0638

316.688.1166
316.686.1077 (*fax*)
www.huttonlaw.com