IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| KELLY DONHAM and VOTH OIL COMPANY, INC., individually and on behalf of all others similarly situated, | |
| Plaintiffs, | Case No.: 04-1514L<br>Judge Lawrence M. Baskir |
| v. | |
| THE UNITED STATES OF AMERICA, | |
| Defendant. | |

HUTTON
& HUTTON
Law Firm, L.L.C.

Tallgrass Exec. Park
8100 E. 22nd St. N.
Building 1200
Wichita, Kansas
67226-2312

Mailing Address:
P.O. Box 638
Wichita, Kansas
67201-0638

316.688.1166
316.686.1077 (*fax*)
www.huttonlaw.com

## JOINT STATUS REPORT

Plaintiffs, Kelly Donham and Voth Oil Company, *et al.*, and Defendant, the United States of America, by and through their respective counsel, submit the following Joint Status Report according to the schedule that they proposed in their Joint Status Report of 13 July 2006:

1. The parties have resolved informally all disputes concerning the eligibility of potential class members. Thus, membership appears established and closed to late-comers, pending Court approval.

2. The parties seek forty-five (45) days from the filing of this Report, until 2 October 2006, to resolve any liability issues informally. On that date, with Court approval, the parties will submit a Joint Status Report outlining any outstanding liability issues and a schedule in which to resolve them. Should there be no remaining liability issues, the parties will outline a schedule for the appraisal process.

3. The parties seek to amend the Complaint to conform to the evidence, pursuant to RCFC 15. Through the informal resolution process, the parties have determined that a full review of the ownership evidence shows that named plaintiff, Mr. Kelly Donham, does not have a viable

property interest. The parties agree that his name and facts should be removed from the pleadings, leaving named plaintiff, Voth Oil Company, Inc., as the only named plaintiff. In all other respects the Complaint remains unchanged. Should the Court so require, the parties will move jointly to amend. Otherwise, they propose that the Plaintiffs file their amended Complaint no later than 1 September 2006 and that Defendant answer by rule.

Counsel for the parties jointly prepared this motion. Defendant's counsel has authorized Plaintiffs' counsel to file this motion on behalf of both parties.

Dated: 14 August 2006

Respectfully submitted,

s/ Deborah B. McIlhenny

Deborah B. McIlhenny, Esq., KS #18721
Admitted COFC 10.01.2003
Mark B. Hutton, Esq., KS #10112
Admitted COFC 10.17.1990
HUTTON & HUTTON LAW FIRM, LLC
P.O.B. 638
8100 E. 22nd St. North, Building 1200
Wichita, KS 67201-0638
316.688.1166 (telephone)
316.686.1077 (fax)
Debs.McIlhenny@huttonlaw.com

*with*

Larry D. Toomey, Esq., KS #11959
Terry C. Pilgreen, Esq., KS # 09306
TOOMEY PILGREEN, LLC
O'Rourke Title Building, Second Floor
229 E. William
Wichita, KS 67202
316.264.3700 (telephone)
316.264.3898 (fax)

HUTTON
& HUTTON
Law Firm, L.L.C.

Tallgrass Exec. Park
8100 E. 22nd St. N.
Building 1200
Wichita, Kansas
67226-2312

Mailing Address:
P.O. Box 638
Wichita, Kansas
67201-0638

316 688 1166
316 686 1077 (*fax*)
www huttonlaw.com

## CERTIFICATE OF SERVICE

I certify that on 14 August 2006 I presented the foregoing JOINT STATUS REPORT to the Clerk of the Court for filing and uploading to the CM/ECF system that will send a Notice of Electronic Filing to the following counsel, and further, that on 14 August 2006 I sent a courtesy copy of the same via email to:

Ms. HelenAnne Listerman, Esq.
Department of Justice
Environment and Natural Resources Division
P.O.B. 663
Ben Franklin Station
Washington, DC 20044-0663
202.305.0239 (telephone)
HelenAnne.Listerman@usdoj.gov

s/ Deborah B. McIlhenny, Esq.

HUTTON
& HUTTON
Law Firm, L.L.C.

Tallgrass Exec. Park
8100 E. 22nd St. N.
Building 1200
Wichita, Kansas
67226-2312

Mailing Address:
P.O. Box 638
Wichita, Kansas
67201-0638

316.688.1166
316.686.1077 (*fax*)
www.huttonlaw.com