# In the United States Court of Federal Claims

Case No. 04-1514L
(Filed: December 15, 2006)

**************************************************
VOTH OIL COMPANY, INC., et al., *
*Plaintiffs,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
**************************************************

## ORDER

On October 2, 2006, the parties filed a Joint Status Report informing the Court that the parties have no liability issues from their settlement discussions that require the Court's assistance; however, the parties believe it would be helpful to those discussions to have some expert-valuation assistance. Both parties have hired an appraiser.

Accordingly, the parties' proposal that a Joint Status Report be filed no later than January 10, 2007, to address the status of the case is hereby GRANTED. **This case will continue to be STAYED and the parties shall file a Joint Status report every 60 days, beginning January 10, 2007,** regarding the status of the case.

IT IS SO ORDERED.

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge