IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| VOTH OIL COMPANY, INC., et. al., | ) | |
| | ) | |
| Plaintiffs, | ) | No. 04-1514 L |
| | ) | |
| v. | ) | Judge Lawrence M. Baskir |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**JOINT STATUS REPORT**

Plaintiffs, Voth Oil Company, Inc., et al., and Defendant, the United States of America, by and through their respective counsel, submit this Joint Status Report pursuant to the Court's Order dated December 15, 2006.

The parties have continued their settlement efforts and have reached an agreement for the handling of appraisals for qualifying property interests at issue in this case. Plaintiffs have hired an appraiser, Mr. F. Lee Jones, who is currently appraising the qualifying property interests. Plaintiffs will produce Mr. Jones's final appraisal to Defendant upon its completion, which Plaintiffs estimate will be in approximately 180 days. Within 60 days of receiving this report, Defendant will inform Plaintiffs of any potential challenges to the appraisal in an effort to resolve differences between the parties. If these issues cannot be resolved by the parties, then Defendant will determine whether it needs to hire an appraiser to challenge Mr. Jones's appraisal report. If Defendant hires an appraiser to rebut Mr. Jones's report, Defendant will notify Plaintiffs promptly, and will provide Plaintiffs with a rebuttal report within a reasonable time. If Defendant does not intend to challenge Mr. Jones's final appraisal report, then the parties will

work to reach a settlement based upon Mr. Jones's report.

At the time the parties filed their last Joint Status Report, dated October 2, 2006, Defendant had been in the process of hiring an appraiser. Because of the parties' recent agreement concerning the handling of valuation in the settlement process, Defendant has postponed its efforts of hiring an appraiser.

As ordered by the Court, the parties will file their next Joint Status Report in 60 days, or not later than March 12, 2007, to address the status of the case.

This motion was jointly prepared by counsel for the parties. Counsel for Plaintiffs has authorized the undersigned to file this motion on behalf of both parties.

Dated: January 10, 2007

Respectfully submitted,

SUE ELLEN WOOLDRIDGE
Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

/s/ HelenAnne Listerman
HELENANNE LISTERMAN
Natural Resources Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
Telephone: 202-305-0239
Fax: 202-305-0506
Email: HelenAnne.Listerman@usdoj.gov

Of Counsel:
Evelyn Kitay
Surface Transportation Board
Office of General Counsel
1925 K Street, N.W.
Suite 600
Washington, D.C. 20423