IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| VOTH OIL COMPANY, INC., et. al., | ) | |
| | ) | |
| Plaintiffs, | ) | No. 04-1514 L |
| | ) | |
| v. | ) | Judge Lawrence M. Baskir |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**JOINT STATUS REPORT**

Plaintiffs, Voth Oil Company, Inc., et al., and Defendant, the United States of America, by and through their respective counsel, submit this Joint Status Report pursuant to the Court's Order dated December 15, 2006. In furtherance of their settlement efforts, the parties are seeking appraisals for the qualifying property interests at issue in this case. The parties are following the appraisal process set forth in their Joint Status Report dated January 10, 2007. At this time, the appraiser has driven the comparables in preparing his report.

As ordered by the Court, the parties will file their next Joint Status Report in 60 days, or not later than September 10, 2007, to address the status of the case.

This motion was jointly prepared by counsel for the parties. Counsel for Plaintiffs has authorized the undersigned to file this motion on behalf of both parties.

Dated: July 10, 2007

Respectfully submitted,

RONALD J. TENPAS
Acting Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

/s/ HelenAnne Listerman
HELENANNE LISTERMAN
Natural Resources Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
Telephone: 202-305-0239
Fax: 202-305-0506
Email: HelenAnne.Listerman@usdoj.gov

Of Counsel:
Evelyn Kitay
Surface Transportation Board
Office of General Counsel
1925 K Street, N.W.
Suite 600
Washington, D.C. 20423