IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| VOTH OIL COMPANY, INC., et. al., | ) | |
| | ) | |
| Plaintiffs, | ) | No. 04-1514 L |
| | ) | |
| v. | ) | Judge Lawrence M. Baskir |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**JOINT STATUS REPORT**

Plaintiffs, Voth Oil Company, Inc., et al., and Defendant, the United States of America, by and through their respective counsel, submit this Joint Status Report pursuant to the Court's Order dated December 15, 2006. In furtherance of their settlement efforts, the parties are seeking appraisals for the qualifying property interests at issue in this case. The parties are following the appraisal process set forth in their Joint Status Report dated January 10, 2007. At this time, the appraiser has driven the comparables in preparing his report.

As ordered by the Court, the parties will file their next Joint Status Report in 60 days, or not later than November 9, 2007, to address the status of the case.

This motion was jointly prepared by counsel for the parties. Counsel for Defendant has authorized the undersigned to file this motion on behalf of both parties.

Dated: September 7, 2007

Respectfully submitted,

/s/ Deborah B. McIlhenny

DEBORAH B. McILHENNY
Hutton & Hutton Law Firm, LLC
P.O.B. 638
8100 E. 22nd Street North, Bldg. 1200
Wichita, KS 67226
316.688.1166 telephone
316.686.1077 fax
debs.mcilhenny@huttonlaw.com