IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| VOTH OIL COMPANY, INC., et. al., | ) | |
| | ) | |
| Plaintiffs, | ) | No. 04-1514 L |
| | ) | |
| v. | ) | Judge Lawrence M. Baskir |
| | ) | |
| UNITED STATES OF AMERICA, | ) | Electronically Filed 9/11/07 |
| | ) | |
| Defendant. | ) | |
| | ) | |

NOTICE OF APPEARANCE

To the Clerk of the Court:

Please enter the appearance of G. Evan Pritchard, in substitution of HelenAnne Listerman, as counsel for Defendant United States of America. Service of all papers by U.S. Mail should be addressed as follows:

G. Evan Pritchard
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
P. O. Box 663
Washington, D.C. 20044-0663
(202) 305-0203 (phone)
(202) 305-0506 (fax)

Overnight and hand deliveries should be addressed to:

G. Evan Pritchard
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
601 D Street, NW, Room 3542
Washington, D.C. 20004

Dated: September 11, 2007

Respectfully submitted,

RONALD J. TENPAS
Acting Assistant Attorney General

/s G. Evan Pritchard

G. Evan Pritchard
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
(202) 305-0203 (phone)
(202) 305-0506 (fax)
g.evan.pritchard@usdoj.gov