IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| VOTH OIL COMPANY, INC., et al. | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 04-1514 L |
| THE UNITED STATES OF AMERICA, | ) | Judge Lawrence M. Baskir |
| Defendant. | ) | |

**NOTICE OF APPEARANCE**

To the Clerk:

Please enter the appearance of Kathleen Doster as attorney for the United States. Service of all papers by U.S. Mail should be addressed as follows:

Kathleen Doster
Natural Resources Section
Environment & Natural Resources Division
Department of Justice
P. O. Box 663, Washington, D.C. 20044-0663
Telephone: 202-305-0481
Fax: 202-305-0506
Email: kathleen.doster@usdoj.gov

Overnight and hand deliveries should be addressed to:

Kathleen Doster
Department of Justice
Natural Resources Section
601 D St., N.W., Rm. 3530
Washington, D.C. 20004

Dated: January 4, 2008 Respectfully Submitted,

/s Kathleen Doster
KATHLEEN DOSTER
Environmental & Natural Resources Division
Natural Resources Section
Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
Telephone: 202-305-0481
Fax: 202-305-0506