IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| VOTH OIL COMPANY, INC., *et al.*, Plaintiffs, | Case No.: 04-1514-L |
| v. | Judge Lawrence M. Baskir |
| THE UNITED STATES OF AMERICA, Defendant. | |

**JOINT STATUS REPORT**

Plaintiffs, Voth Oil Company, Inc., *et al.*, and Defendant, The United States of America, by and through their respective counsel, submit this Joint Status Report pursuant to the Court's Order dated 15 December 2006. The parties have sought appraisals from Mr. F. Lee Jones for the qualifying property interests in this case to further their settlement discussions. The parties are following the appraisal process set forth in their Joint Status Report dated 10 January 2007. Mr. Jones is preparing his report in a rolling fashion.

As this Court ordered, the parties will file their next Joint Status Report in 60 days, or not later than 10 March 2008.

The parties jointly prepared this report. Counsel for Defendant has authorized the undersigned to file this report on behalf of both parties.

Dated: 8 January 2008

Respectfully submitted,

/s/ Deborah B. McIlhenny

DEBORAH B. McILHENNY (admitted 10.01.03)
MARK B. HUTTON (admitted 10.17.90)
Hutton & Hutton Law Firm, LLC
P.O.B. 638

HUTTON
& HUTTON
Law Firm, L.L.C.

Tallgrass Exec. Park
8100 E. 22nd St. N.
Building 1200
Wichita, Kansas
67226-2312

Mailing Address:
P.O. Box 638
Wichita, Kansas
67201-0638

316.688.1166
316.686.1077 (*fax*)
www.huttonlaw.com

8100 E. 22nd Street North, Building 1200
Wichita, KS 67226
316.688.1166 telephone
316.686.1077 fax
debs.mcilhenny@huttonlaw.com

*With*

Larry D. Toomey, KS #11959
Terry C. Pilgreen, KS # 09306
O'Rourke Title Building, 2nd Floor
229 E. William Street
Wichita, KS 67202
316.264.3700 telephone
316.264.3898 fax

HUTTON
& HUTTON
Law Firm, L.L.C.

Tallgrass Exec. Park
8100 E. 22nd St. N.
Building 1200
Wichita, Kansas
67226-2312

Mailing Address:
P.O. Box 638
Wichita, Kansas
67201-0638

316.688.1166
316.686.1077 (*fax*)
www.huttonlaw.com