IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| VOTH OIL COMPANY, INC., *et al.*, | ] |
| | ] Case No.: 04-1514-L |
| Plaintiffs, | ] Judge Lawrence M. Baskir |
| | ] |
| v. | ] |
| | ] |
| THE UNITED STATES OF AMERICA, | ] |
| | ] |
| Defendant. | ] |
| ______________________________ | ] |

**JOINT STATUS REPORT**

Plaintiffs, Voth Oil Company, Inc., *et al*., and Defendant, The United States of America, by and through their respective counsel, submit this Joint Status Report pursuant to the Court's Order dated 15 December 2006. Plaintiffs have hired Mr. F. Lee Jones and have sought appraisals from him for the qualifying property interests in this case to further the Parties' settlement discussions.

The appraisal process has taken more time than the Parties would prefer, due to Mr. Jones' time constraints. However, Mr. Jones has completed appraisals for more than half the fifteen (15) miles of track in this case and is very close to completing the remainder. He predicts that his reports should be done late May or early June, 2008.

In order to speed up the appraisal process, Plaintiffs have agreed to produce the appraisals in a rolling fashion upon completing reviews of them with Plaintiffs' counsel.

In all other respects the Parties continue to follow the appraisal process as set out in their Joint Status Report of 10 January 2007.

As this Court ordered, the Parties will file their next Joint Status Report in 60 days, or not later than 07 July 2008 (allowing for the July 4th holiday).

The parties jointly prepared this report. Counsel for Plaintiffs has authorized the undersigned to file this report on behalf of both parties.

HUTTON
& HUTTON
Law Firm, L.L.C.

Tallgrass Exec. Park
8100 E. 22nd St. N.
Building 1200
Wichita, Kansas
67226-2312

Mailing Address:
P.O. Box 638
Wichita, Kansas
67201-0638

316.688.1166
316.686.1077 (*fax*)
www.huttonlaw.com

Dated: 05 May 2008

Respectfully submitted,

/s/ Kathleen Doster

KATHLEEN DOSTER
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, DC 20044
(202) 305-0481 (phone)
(202) 305-0506 (fax)
kathleen.doster@usdoj.gov