**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| VOTH OIL CO., *et al.*, | ] | |
| | ] | |
| Plaintiffs, | ] | |
| | ] | Case No. 04-1514L |
| v. | ] | Judge Lawrence M. Baskir |
| | ] | |
| THE UNITED STATES, | ] | |
| | ] | |
| Defendant. | ] | |
| ______________________________ | ] | |

**JOINT STATUS REPORT**

Plaintiffs, Voth Oil Co., *et al.*, and Defendant, The United States, by and through their respective counsel, submit this Joint Status Report pursuant the Court's Order of 15 December 2006. Plaintiffs have hired Mr. F. Lee Jones and seek appraisals from him for the qualifying property interests in this case to further the Parties' settlement discussions.

Mr. Jones continues with his appraisal work along the final miles of track. Plaintiffs are providing Defendant with the appraisals in a rolling fashion, after completing reviews of them with their counsel, as reported in the Joint Status Report of 7 July 2008.

In all other respects, the Parties continue to follow the appraisal process as set out in their Joint Status Report of 10 January 2007.

As this Court ordered, the Parties will file their next Joint Status Report within 60 days, or no later than 3 November 2008.

The Parties jointly prepared this Report. Plaintiffs' counsel has authorized the undersigned to file this Report on the Parties' behalf.

HUTTON
& HUTTON
Law Firm, L.L.C.

Tallgrass Exec. Park
8100 E. 22nd St. N.
Building 1200
Wichita, Kansas
67226-2312

Mailing Address:
P.O. Box 638
Wichita, Kansas
67201-0638

316.688.1166
316.686.1077 (*fax*)
www.huttonlaw.com

Dated: 5 Sept. 2008

Respectfully submitted,

s/ Kathleen Doster
KATHLEEN DOSTER
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
POB 663
Washington, DC 20044
(202) 305-0481 (telephone)
(202) 305- 0506 (fax)
Kathleen.doster@usdoj.gov

HUTTON
& HUTTON
Law Firm, L.L.C.

Tallgrass Exec. Park
8100 E. 22nd St. N.
Building 1200
Wichita, Kansas
67226-2312

Mailing Address:
P.O. Box 638
Wichita, Kansas
67201-0638

316.688.1166
316.686.1077 (*fax*)
www.huttonlaw.com